From: Charles Bunton
Alfred Unit TDCJ#1143771
2101 FM 369 North
Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

March 4, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk:

On March 14, 2014 in cause no. WR-60,852-07 my "Original application for writ of mandamus was received and presented to the Court." On April 2, 2014 "The Court...denied without written order _motion for leave to file._"

This Court was aware that the requirement to file a "motion for leave to file" was repealed long before I filed my mandamus. This Court should go back and rule on my mandamus WR-60,852-07. This Court has all of my documents and exhibits that I cannot afford to purchase again because I am now indigent. This Court hase done an injustice to my case and should address the issues presented in the mandamus — VOID JUDGMENT from the 3rd C.O.A. where my conviction was wrongly affirmed on direct appeal.

Respectfully,
Charles Bunton